# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Civil Action No. 5:05-mc-20 (HL) |
| **MAURICE A. BROWN,** | |
| Defendant, | |
| and | |
| **ALPINE DENTAL GROUP,** | |
| Garnishee. | |

# ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon Garnishee. Pursuant to the Writ of Garnishment, Garnishee has filed an Answer (Doc. 19) stating that at the time of the service of the Writ, it had in its possession or under its control personal property in the form of earnings belonging to and due Defendant. Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee pay $730.00 per pay period to Plaintiff and continue such payments, pursuant to Title 15, United States Code § 1673, until the debt to Plaintiff is paid in full or until Garnishee no longer has custody, possession or control of any property

1

belonging to Defendant debtor or until further Order of the Court.

**SO ORDERED**, this the 14th day of August, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON, JUDGE**

pdl